**Harry Jamal WILLIAMS, Proper Party Plaintiff, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 12–2460.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 25, 2013.

Harry Jamal Williams, Appellant pro se.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry Jamal Williams appeals the district court's order dismissing his civil rights complaint against federal officials. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. United States*, No. 8:12–cv–02682–PJM, 2012 WL 4854778 (D.Md. Oct. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED.*